granted, *amicus curiae* briefs under Rule 26(a)(3) will also be filed on or before January 24, 2017.

No. 16–0705/AR. U.S. v. Sean R. Erikson. CCA 20150130. On consideration of the Hearing Notice issued December 13, 2016, setting the above-mentioned case for oral argument, it is ordered that said hearing notice is hereby rescinded. Appellee's motion to reschedule oral argument is hereby denied as moot, and oral argument for the above-mentioned case will be rescheduled for a later date specified by the Court.

No. 16–0689/AF. U.S. v. Charles D. Buford. CCA 2016–04. On consideration of the Hearing Notice issued December 13, 2016, setting the above-mentioned case for oral argument, it is ordered that said hearing notice is hereby rescinded, and that oral argument for the above-mentioned case will be rescheduled for a later date specified by the Court.

No. 16–0731/AR. U.S. v. Austin L. Hendrix. CCA 20140476. On consideration of the Hearing Notice issued December 15, 2016, setting the above-mentioned case for oral argument, it is ordered that said hearing notice is hereby rescinded, and that oral argument for the above-mentioned case will be rescheduled for a later date specified by the Court.